**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1300**

ZACHARY KNOTTS,

              Plaintiff - Appellant,

        v.

KEITH WHITE, Esq.; HONORABLE THOMAS A. BEDELL,

              Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:23-cv-00028-TSK-MJA)

Submitted:  September 19, 2024                    Decided:  September 23, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zachary Knotts, Appellant Pro Se.  Alex Scott Blevins, Mark Richard Simonton, OFFUTT SIMMONS SIMONTON, PLLC, Huntington, West Virginia; Dallas Floyd Kratzer, III, STEPTOE LLP, Columbus, Ohio, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zachary Knotts appeals the district court's order accepting in part the recommendation of the magistrate judge and dismissing for lack of subject matter jurisdiction Knotts's 42 U.S.C. § 1983 complaint.[*] We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Knotts v. White*, No. 1:23-cv-00028-TSK-MJA (N.D. W. Va. Feb. 15, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Knotts also seeks to appeal the district court's order denying his Fed. R. Civ. P. 59(e) motion to reconsider.  Because Knotts did not file an amended notice of appeal after the entry of that order, it is not properly before us.  *See* Fed. R. App. P. 4(a)(4)(B)(ii).